1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10  | QUALCOMM INCORPORATED, a
Delaware corporation,

CASE NO. 10CV1337 WQH (BLM)

11  |                Plaintiff,

[PROPOSED] JUDGMENT

12  |     v.

13
XATA CORPORATION, a Minnesota
14  | corporation,

15  |                Defendants.

| | |
|---|---|
| Courtroom: | 4 |
| Judge: | Hon. William Q. Hayes |
| Courtroom: | 5140 |
| Magistrate Judge: | Hon. Barbara Lynn Major |
| Complaint Filed: | June 24, 2010 |
| Trial Date: | Not set |

16

17   Qualcomm, Incorporated ("Qualcomm") filed a complaint for declaratory relief against

18  XATA Corporation ("XATA") in the United States District Court for the Southern District of

19  California on June 24, 2010.  Qualcomm sought a declaration from this Court that it may lawfully

20  employ former XATA employee Thomas Flies at its headquarters in California.

21   XATA has filed a motion to dismiss and in the alternative, to transfer and does not by this

22  Stipulation consent to general or special jurisdiction.  However, the parties have agreed that the

23  protections set forth in the Stipulated Injunction and Order for Judgment and Judgment entered

24  against Thomas Flies in Case No. 10-cv-2968 ADM-SRN in the United States District Court for

25  the District of Minnesota which is attached hereto and incorporated by this reference

26  ("Injunction") adequately protect XATA's trade secrets and confidential information, and that

27  Qualcomm may therefore legally employ Thomas Flies so long as Qualcomm and Thomas Flies

28  comply with the Injunction.

1    The parties having stipulated to the relief set forth below, and the Court being otherwise

2  duly advised;

3  **IT IS ORDERED AND DECREED:**

4    Judgment is hereby entered that Qualcomm may employ Thomas Flies pursuant to the

5  terms of the Injunction. Each party will bear its own costs and attorney's fees.

6    LET JUDGMENT BE ENTERED ACCORDINGLY.

7
   Dated: ___8/26/10___                    _____
8                                          Judge of the U.S. District Court

9

10  Approved as to form:

11

12  Dated: August 24, 2010               PAUL, PLEVIN, SULLIVAN &
                                         CONNAUGHTON LLP
13

14                                       By:_____
                                            E. JOSEPH CONNAUGHTON
15                                          MONICA L. COUGHLIN
                                            Attorneys for Plaintiff
16                                          QUALCOMM, INC.
                                            Email: econnaughton@paulplevin.com
17

18  Dated: August 17, 2010               DORSEY & WHITNEY

19
                                         By:_____
20                                          GABRIELLE M. WIRTH
                                            Attorney for Defendant
21                                          XATA CORPORATION
                                            Email: wirth.gabrielle@dorsey.com
22

23

24

25

26

27

28

                                  2                        10CV1337 WQH (BLM)